MERCANTILE COMMERCE BANK & TRUST CO., Trustee, Appellant, v. UNITED STATES of America.

No. 11329.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

MERCANTILE COMMERCE BANK & TRUST CO., Trustee, Appellant, v. UNITED STATES of America.

No. 11331.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

MERCANTILE COMMERCE BANK & TRUST CO., Trustee, Appellant, v. UNITED STATES of America.

No. 11330.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.

MERCANTILE COMMERCE BANK & TRUST CO., Trustee, Appellant, v. UNITED STATES of America.

No. 11332.

Circuit Court of Appeals, Eighth Circuit.

Aug. 1, 1939.

Forest P. Tralles and Fred J. Hoffmeister, both of St. Louis, Mo., for appellant.

Harry C. Blanton, U. S. Atty., of Sikeston, Mo., Herbert H. Freer, Asst. U. S. Atty., of St. Louis, Mo., James W. Morris, Asst. Atty. Gen., and Andrew D. Sharpe and Leon F. Cooper, Sp. Assts. to Atty. Gen.

PER CURIAM.

Appeal, Brown v. United States, 21 F. Supp. 214, dismissed at cost of appellant, per stipulation of party.